**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION**

| | | |
|---|---|---|
| Hugh Parks Price, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 8:25-cv-12902-TMC |
| v. | ) | |
| | ) | **ORDER** |
| Sheriff Joshua Price, Saluda County | ) | |
| Sheriff's Department, Marion Scott Wilson, | ) | |
| Tim Kelly, Jon Coon, Austen Harding, | ) | |
| Jeffrey McCartney, Theodore MacLaughlin, | ) | |
| Doe Officers 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a civil litigant proceeding *pro se*, brought this action in state court asserting claims against Defendants under both 42 U.S.C. § 1983 and state law. (ECF No. 1-1). Defendants removed the action to federal court. (ECF Nos. 1, 16). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2)(e) (D.S.C.), this matter was referred to a United States Magistrate Judge for pretrial handling. Plaintiff then filed a motion to amend the operative complaint along with a proposed amended complaint which eliminated all federal claims. (ECF Nos. 13, 13-2). Defendants consented to the motion to amend, (ECF No. 17), and the magistrate judge granted the motion (ECF No. 18). Plaintiff filed the amended complaint (ECF No. 20) and subsequently moved to remand the action to state court (ECF No. 25). Defendants did not file a response to the motion or otherwise indicate that they oppose a remand under the circumstances.

Now before the court is the magistrate judge's Report and Recommendation ("Report") recommending that this court decline to exercise supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367(c)(3) and remand the action to state court. (ECF No. 26 at 5). Defendants were advised of the right to file objections to the Report, *id*. at 6, but have elected not

to do so.  Having carefully reviewed the Report and the relevant filings in this matter, the court agrees with the analysis and conclusions set forth in the Report and finds no reason to deviate from its recommendations.  Accordingly, the court **ADOPTS** the Report (ECF No. 26) and hereby **DECLINES** to exercise supplemental jurisdiction over the remaining claims in this case, all of which arise under state law. The court **REMANDS** this action to the Saluda County Court of Common Pleas from which it was removed.

      **IT IS SO ORDERED.**

/s/Timothy M. Cain
Chief United States District Judge

Anderson, South Carolina
March 10, 2026

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.